946

No. 04–5893. VAUGHAN *v.* PUTNAM COUNTY, FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 04–5898. FELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5901. MILLER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5905. COTTON *v.* AGNES SLACK LP OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 04–5907. DAVIS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5910. SMITH *v.* NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–5912. JONES *v.* CITY OF ST. LOUIS, MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 04–5916. PAVLICHKO *v.* DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5921. CIEMPA *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–5922. MONROE *v.* MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5924. VIZCAINO *v.* ESCALON PREMIER BRANDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5934. CASTILLO *v.* JAMBON ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5937. CRAWFORD *v.* TURPIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5938. FAGAN *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.